JOHN S. SAMMIS, an Infant, by SHERMAN SAMMIS, his Guardian ad Litem, Respondent, *v.* STANDARD OIL COMPANY OF NEW YORK, Appellant.

*Sammis* v. *Standard Oil Co.*, 76 App. Div. 629, affirmed.
(Argued December 14, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1902, affirming a judgment in favor of plain-

tiff entered upon a verdict and an order denying a motion for a new trial.

*John Brooks Leavitt* for appellant.

*James C. Cropsey* and *F. W. Catlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ.   Absent: HAIGHT, J.